

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00412-CV

Cornelius Roy **PRINCE**, III, d/b/a Texas Concepts,
Appellant

v.

Dixie **BATTOE**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV00375
Honorable J. Frank Davis, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: October 23, 2019

DISMISSED

Appellant Cornelius Roy Prince, III, d/b/a Texas Concepts filed an agreed motion to dismiss, requesting that this court dismiss his appeal. The motion states that the parties have reached an agreement to compromise and settle their differences in the underlying suit. Appellee Dixie Battoe has not opposed the motion. *See* TEX. R. APP. P. 10.3(a). Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of the appeal are taxed against the party who incurred them.

PER CURIAM